SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff;<br><br>     vs.<br><br>Andrew P. Durkin; Alice P. Durkin,<br><br>        Defendants.<br>_____ | ) Case No. **2:10-cv-03271-JAM-DAD**<br>)<br>) **ORDER RE: STIPULATION FOR**<br>) **DISMISSAL**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

     IT IS SO ORDERED that the above-entitled action be and is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A).


Date:  5/1/2012


                         /s/ John A. Mendez_____
                         U. S. District Court Judge


PROPOSED ORDER RE STIPULATION FOR DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com