```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com
```

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　Plaintiff;<br><br>　vs.<br><br>Andrew P. Durkin; Alice P. Durkin,<br><br>　　　Defendants. | Case No. **2:10-cv-03271-JAM-DAD**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL** |

　　　IT IS SO ORDERED that the above-entitled action be and is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A).

Date:  5/1/2012

　　　　　　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　U. S. District Court Judge

PROPOSED ORDER RE STIPULATION FOR DISMISSAL

CIV: S-10-3271-JAM-DAD- 1

PDF created with pdfFactory trial version www.pdffactory.com